# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 452 - 5 | **DATE** | July 8, 2008 |
| **CASE TITLE** | USA vs. JOTAWN DRAPER | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty. 16.1 conference to be held by August 1, 2008. Pretrial motions are to be filed by September 11, 2008. Responses are to be filed by September 25, 2008. Replies are due October 2, 2008. Status hearing is set for September 18, 2008 at 1:30 pm. Bond is set at $5,000.00 own recognizance. With no objection from the defendant, enter excludable delay for the period of 7/8/2008 through 9/18/2008 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).　X-T-4

No notices required, advised in open court.

| | Courtroom Deputy Initials: | JS |
|---|---|---|